UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

RACHEL PLYEM,

                Plaintiff,

v.

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,

                Defendant.

No. 1:23-cv-01379-FJS-CFH

## DISMISSAL STIPULATION

Plaintiff and Defendant agree pursuant to F.R.Civ.P. 41(a)(1)(A)(ii) that Plaintiff's Complaint may be dismissed with prejudice. No costs or fees awarded.

/s/ Madison Tate Donaldson

Madison Tate Donaldson, Esq.
Marc Whitehead & Associates
403 Heights Boulevard
Houston, TX  77007
(713)-228-8888
(713)225-0940 (fax)

Attorney in Charge for Plaintiff

IT IS SO ORDERED.

*[signature]*
Frederick J. Scullin, Jr.
Senior United States District Judge

Date:  May 3, 2024

/s/ Brooks R. Magratten

Brooks R. Magratten, *Pro Hac Vice*
Matthew O'Connor, *Pro Hac Vice*
Pierce Atwood LLP
One Citizens Plaza, 10th Floor
Providence, RI 02903
(401) 490-3422
(401) 588-5166 (fax)
bmagratten@pierceatwood.com
moconnor@pierceatwood.com

/s/ Michele E. Kenney
Michele E. Kenney
Pierce Atwood LLP
1 New Hampshire Avenue, Suite 350
Portsmouth, NH  03801
(603) 433-6300
(603) 433-6372 (fax)
mkenney@pierceatwood.com

Attorneys for Defendant

#17061891v1